✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Conrado Rodriguez Perez

                Plaintiff (s),

V.

Loisaida Enterprises Corp. and William Robles

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 19-cv-10600

Notice is hereby given that, subject to approval by the court, __Defendant Loisaida Enterprises Corp.__ substitutes
                                                                                    (Party (s) Name)

__Alessandro Villanella of Jackson Lewis P.C.__ , State Bar No. __4837084__ as counsel of record in
        (Name of New Attorney)

place of __Daniel Morris of Clifton Budd and DeMaria, LLP__ .
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Jackson Lewis P.C. |
| Address: | 58 S. Service Rd., Suite 250, Melville, NY 11747 |
| Telephone: | (631) 247-4637     Facsimile (631) 247-4637 |
| E-Mail (Optional): | villanea@jacksonlewis.com |

I consent to the above substitution.

Date: 05/14/2020

                                                                                                         *Victoria Lugo*
                                                                                                   (Signature of Party (s))

I consent to being substituted.

Date: 4/3/2020

                                                                                                          Daniel W. Morris
                                                                                                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/14/2020

                                                                                       *Alex Villanella*
                                                                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 17, 2020                                                                             /s/ John G. Koeltl

               New York, NY                                                          John G. Koeltl, U.S.D.J.

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**