UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

RODRIGUEZ PEREZ, ET AL.,

           Plaintiffs,        19-cv-10600 (JGK)

    - against -               ORDER

LOISAIDA ENTERPRISES CORPORATION, ET AL.,

           Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The settlement in this case, including the provision for attorney's fees and expenses, is fair, reasonable, and adequate. The Clerk is directed to enter Judgment dismissing this case with prejudice in accordance with the Settlement Agreement attached as Exhibit A to ECF Docket No. 31.

    The Clerk is also directed to close all pending motions.

SO ORDERED.

Dated:    New York, New York
          October 28, 2020

                                          /s/ John G. Koeltl
                                           John G. Koeltl
                                  United States District Judge