UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODRIGUEZ PEREZ, ET AL.,
                     Plaintiffs,

      -against-                                       19 **CIVIL** 10600 (JGK)

## JUDGMENT

LOISAIDA ENTERPRISES CORPORATION,
ET AL.,
                     Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2020, the Court approves the Settlement Agreement as fair, reasonable and adequate, including the provision for attorney's fees and expenses. Judgment is entered and the case is dismissed with prejudice in accordance with the Settlement Agreement attached as Exhibit A to ECF Docket No. 31; accordingly, the case is closed.

**Dated:**  New York, New York
          October 29, 2020

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                             **BY:**

                                                            **Deputy Clerk**