UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rodriguez Perez et al.<br><br>*Plaintiff,*<br><br>-against-<br><br>Loisaida Enterprises Corporation et al.<br><br>*Defendants.* | Index No. 19-cv-10600-JGK<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Jordan Gottheim, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as his last day of employment with the law firm of Michael Faillace & Associates, P.C. is January 28, 2021.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Jordan Gottheim to withdraw as counsel for the Plaintiff(s) in this matter.

Dated:  New York, New York
         January 29, 2021

Respectfully submitted,

*/s/ Jordan Gottheim*
Jordan Gottheim, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*